**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Daniel GONZALEZ–CHAVEZ,**
**Defendant–Appellant.**

**No. 06–10178.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 20, 2007 *.

Filed Feb. 26, 2007.

Claire Kiehl Lefkowitz, Esq., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

David Taylor Shannon, Esq., Federal Public Defender's Office, Tucson, AZ, for Defendant–Appellant.

Before: GOODWIN, TASHIMA and THOMAS, Circuit Judges.

MEMORANDUM **

Daniel Gonzalez–Chavez appeals his sentence following his guilty plea to an illegal reentry offense, in violation of 8 U.S.C. § 1326(b)(1).

Appellant's assertion that his state conviction does not constitute a "crime of violence" for sentencing purposes is foreclosed by *United States v. Asberry*, 394 F.3d 712, 718 (9th Cir.2005) (concluding that a conviction under Oregon Revised Statute section 163.355 is a "crime of violence").

Accordingly, respondent's motion for summary affirmance of the district court's judgment is granted because this appeal is controlled by precedent. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.